THE NEW ALBANY AND SALEM RAILROAD COMPANY *v.*
SLAUGHTER.

*Friday,
May 28.*

APPEAL from the *Morgan* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is reversed for the reasons given in the case of *The New Albany and Salem Railroad Co.* v. *Fields,* at the present term.

The judgment is reversed with costs. Cause remanded for a new trial.

*W. R. Harrison* and *J. W. Gordon,* for the appellants (1).

*D. M'Donald* and *A. G. Porter,* for the appellee (2).

(1) Counsel for the appellants cited the following cases:

Parol evidence is not admissible to vary or defeat a written contract—especially when such evidence goes only to facts contemporaneous with such written contract. *Blair et al.* v. *Williams,* 7 Blackf. 132.—*Graves* v. *Clark,* 6 *id.* 183.—*Wilson* v. *Black, id.* 509.

(2) Counsel for the appellee cited the following:

The bill of exceptions must show that an objection to the admission of evidence was made when the evidence was offered, and that the Court was informed of the particular objections to its admission. 5 Ind. R. 300.—6 *id.* 453.—*Houston* v. *Houston,* 4 *id.* 139.

It has been decided that an informal subscription for stock to a preliminary paper, seems but a provisional act, and inoperative unless pursued through the remaining forms of the statute. *Troy and Boston Railroad Company* v. *Tibbits,* 18 Barb. (N. Y.) 298.